In the Matter of the Application of SAMUEL AUBIN NASH and Another, Indi-

vidually and as Executors, etc., of SAMUEL Y. NASH, Deceased, Petitioners, for a Cert:orari Order against THOMAS M. LYNCH and Others, as and Constituting the State Tax Commission, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.